Steven G. Rosales
Attorney at Law: 222224
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
MARY LOU TYLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOU TYLER | Case No.: 2:14-cv-00394-CMK |
| Plaintiff, | STIPULATION TO EXTEND TIME |
| v. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE CRAIG M. KELLISON, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Mary Lou Tyler ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1 counsel of record, hereby stipulate, subject to the approval of the Court, to extend
2 the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand
3 to November 3, 2014; and that Defendant shall have until December 3, 2014, to
4 file his opposition.  Any reply by plaintiff will be due December 23, 2014.

5      An extension of time is needed because Plaintiff's Counsel's Spouse
6 undergoes chemotherapy treatment for her Stage IV breast cancer which
7 metastasized initially to her liver and continues to progress there and in her lungs,
8 throat, and spine which required recent hospitalization to treat.  Counsel requires the
9 additional time to file the Joint Position Statement to allow him to devote the
10 appropriate time to assist his Spouse and his two elementary school aged children
11 through this obviously stressful experience.   Counsel sincerely apologizes to the
12 court for any inconvenience this may have had upon it or its staff.
13    .

14 DATE: September 30, 2014     Respectfully submitted,
15                               LAWRENCE D. ROHLFING
16
17                          BY: /s/ *Steven G. Rosales* _____
                              Steven G. Rosales
18                               Attorney for plaintiff Ms. Mary Lou Tyler
19
20 DATE:  September 30, 2014
                              BENJAMIN WAGNER
21                               United States Attorney
22
23                          BY: /s/ *Mr. Ben A. Porter, Esq.* _____
                              Mr. Ben A. Porter, Esq.
24                               Special Assistant United States Attorney
                              Attorneys for defendant Carolyn W. Colvin
25                               |*authorized by e-mail|
26

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including November 3, 2014, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to December 3,
4  2014 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be
5  due December 23, 2014.
6  IT IS SO ORDERED.
7  Dated:  October 2, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE